UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CV753 HEA |
| ) | |
| BRYAN BOESING, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Temporary Restraining Order without Notice or Preliminary Injunction, [Doc. No. 49]. Defendants oppose the motion. In reviewing Plaintiff's Motion, it appears to the Court that Plaintiff is in reality seeking to file a separate action against those individuals listed as "Defendants." None of the parties listed are Defendants in this action, and the Motion itself appears to the Court to involve events which have occurred since the filing of this matter. Plaintiff seeks nothing from Defendants Newberry and Boesing in his instant motion, rather, he seeks recovery for actions committed by personnel at the Northeastern Correctional Center which do not bear on the issues raised in this case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary

Restraining Order without Notice or Preliminary Injunction, [Doc. No. 49], is stricken from this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file this pleading as an initial pleading in a new case, and assign the case by random assignment.

Dated this 15th day of August, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE